UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HOLLIS COBB ASSOCIATES, INC.,  )<br>)<br>Defendant.  ) | CIVIL ACTION NO.:<br>1:25-CV-00682-SEG<br><br>CLASS ACTION LAWSUIT |

**PROPOSED ORDER GRANTING**
**CONSENT MOTION EXTENDING TIME FOR DEFENDANT**
**TO RESPOND TO PLAINTIFF'S DISCOVERY**

IT IS HEREBY ORDERED that the Parties Consent Motion extending the time for Hollis Cobb Associates, Inc. to respond to the Plaintiff's Initial Written Discovery Requests to Defendant is GRANTED.

It is hereby ordered that the time in which Hollis Cobb Associates, Inc. shall have to answer, move, object or otherwise respond to Plaintiff's Initial Written Discovery Requests to Defendant including Interrogatories, Requests for Production, and Requests for Admission is hereby extended up and until June 24, 2025.

1

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
The Honorable Sarah E. Geraghty
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA-ATLANTA DIVISION

Respectfully submitted this 16th day of June, 2025.

**SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE LLP**

*/s/ William W. Horlock, Jr.*
William W. Horlock, Jr.
Georgia Bar No.:  366890
Thomas J. Dunn III
Georgia Bar No.:  351398
*Attorneys for Hollis Cobb Associates, Inc.*

900 Circle 75 Parkway, Suite 850
Atlanta, GA  30339-3053
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
bhorlock@scrudderbass.com
tsutherland@scrudderbass.com

[SIGNATURES CONTINUE ON NEXT PAGE]

**Chinn Law Firm, LLC**

/s/Valerie Chinn_____
Valerie Chinn (*with expressed permission by William W. Horlock, Jr.*)
Georgia Bar No.: 248468

245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307
404-955-7732
vchinn@chinnlawfirm.com

**Paronich Law, P.C.**

/s/ Anthony Paronich_____
Anthony Paronich (*with expressed permission by William W. Horlock, Jr.*)
Admitted pro hac vice

Suite 2400
350 Lincoln St.
Hingham, MA 02043
Phone: (615) 485-0018
anthony@paronichlaw.com

# CERTIFICATE OF SERVICE[1]

I hereby certify that I filed the attached ***PROPOSED ORDER GRANTING CONSENT MOTION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DISCOVERY*** with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notifications of such filing to the following counsel of record:

Anthony Paronich, Esq.
Paronich Law, P.C.
Suite 2400
350 Lincoln St.
Hingham, MA 02043
anthony@paronichlaw.com

Valerie Chinn, Esq.
Chinn Law Firm, LLC
245 N. Highland Ave.,
Suite 230 #7 Atlanta, GA 30307
vchinn@chinnlawfirm.com

This 16th day of June, 2025.

*/s/ William W. Horlock, Jr.*
William W. Horlock, Jr.

---

[1] The undersigned counsel certifies that this document has been prepared in Times New Roman 14-point font in accordance with L.R. 5.1.

1224217_1