UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HOLLIS COBB ASSOCIATES, INC.,  )<br>)<br>Defendant.  ) | CIVIL ACTION NO.:<br>1:25-CV-00682-SEG<br><br>CLASS ACTION LAWSUIT |

**ORDER GRANTING
CONSENT MOTION EXTENDING TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S DISCOVERY**

IT IS HEREBY ORDERED that the Parties Consent Motion extending the time for Hollis Cobb Associates, Inc. to respond to the Plaintiff's Initial Written Discovery Requests to Defendant is GRANTED.

It is hereby ordered that the time in which Hollis Cobb Associates, Inc. shall have to answer, move, object or otherwise respond to Plaintiff's Initial Written Discovery Requests to Defendant including Interrogatories, Requests for Production, and Requests for Admission is hereby extended up and until June 24, 2025.

1

IT IS SO ORDERED, this 17th day of June, 2025.

                                                      _____
                                                      Sarah E. Geraghty
                                                      United States District Judge