UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANE WATSON, on behalf of herself and others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>HOLLIS COBB ASSOCIATES, INC.,<br><br>   Defendant. | CIVIL ACTION NO.<br>1:25-CV-682-SEG |

# **O R D E R**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties (Doc. 13), the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

- All discovery in this matter shall conclude on **February 5, 2026**;
- Plaintiff shall disclose expert(s) by **October 2, 2025**;
- Defendant shall disclose expert(s) and/or any rebuttal expert(s) by **November 3, 2025**;
- Plaintiff shall disclose any rebuttal expert(s) by **December 2, 2025**;

- Plaintiff, should she seek to certify a class, shall file a motion for class certification by **December 8, 2025**; and

- All dispositive or partially dispositive motions shall be filed within sixty (60) days of the Court's ruling on Plaintiff's motion for class certification.

**SO ORDERED**, this 20th day of June, 2025.

_____
SARAH E. GERAGHTY
United States District Judge