UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 1:25-CV-00682-SEG |
| v. | ) ) | |
| HOLLIS COBB ASSOCIATES, INC., | ) ) | CLASS ACTION LAWSUIT |
| Defendant. | ) ) | |

## CERTIFICATE OF DISCOVERY/SERVICE[1]

I hereby certify that I have this day served the foregoing ***DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS TO ADMIT; DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES; DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION; DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF; DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF;*** and ***DEFENDANT'S 26(A)(1) DISCLOSURES.***

---

[1] The undersigned counsel certifies that this document has been prepared in Times New Roman 14-point font in accordance with L.R. 5.1.

with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notifications of such filing to the following counsel of record:

Valerie Chinn, Esq.
Chinn Law Firm, LLC
245 N. Highland Ave.,
Suite 230 #7 Atlanta, GA 30307
vchinn@chinnlawfirm.com

Anthony Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

This 24th day of June, 2025.

**SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE, LLP**

*/s/ William W. Horlock, Jr.*_____
William W. Horlock, Jr
Georgia Bar No. 366980
Thomas J. Dunn, III
Georgia Bar No. 351398
*Attorneys for Hollis Cobb Associates, Inc.*

900 Circle 75 Parkway, Suite 850
Atlanta, GA  30339
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
bhorlock@scrudderbass.com
tdunn@scrudderbass.com