# SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE LLP

ATTORNEYS AT LAW
900 CIRCLE 75 PARKWAY
SUITE 850
ATLANTA, GEORGIA 30339-3053

TEL NO. (770) 612-9200
FAX NO. (770) 612-9201
WWW.SCRUDDERBASS.COM

WILLIAM W. HORLOCK, JR.                                                                       BHORLOCK@SCRUDDERBASS.COM

September 10, 2025

***VIA CM/ECF SYSTEM***
Honorable Judge Sarah E. Geraghty
United States District Judge
Northern District of Georgia, Atlanta Division

      Re:    <u>Shante Watson v. Hollis Cobb Associates, Inc.</u>
                United States District Court for The Northern District of Georgia-Atlanta Division
                Civil Action No.: 1:25-CV-00682-SEG
                Our File No. 291-0001

Dear Judge Geraghty:

      I am counsel for Defendant Alstom Transport USA, Inc., in the above-referenced matter. I understand that under NDGa LR 83.1(E)(4), this letter to you is the proper procedure to follow when requesting a leave of absence from the Court. Therefore, I would request leave and ask that nothing in the above matter be calendared during the periods of October 23rd thru 24th, 27th thru 29th; November 13th thru 14th, 17th thru 18th; December 17th thru 19th, 22nd thru 24th, 29th thru 31st; January 1st thru 7th; February 4th thru 11th; March 2nd thru 11th; and April 20th thru 29th.

      If there is anything else that needs to be done to perfect my leave of absence, I would appreciate you contacting me at your earliest convenience. Thank you for your attention to this matter and with highest professional regards, I am,

                                                                         Very truly yours,

                                                                    ***/s/ William W. Horlock, Jr.***

                                                                    William W. Horlock, Jr.

WWHjr/mdw
cc:    Anthony Paronich (*via CM/ECF SYSTEM*)
        Valerie Chinn, Esq. (*via CM/ECF SYSTEM*)

1249133_1