# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>HOLLIS COBB ASSOCIATES, INC.<br><br>　　　　　　　Defendant. | Civil Case No.: 1:25-CV-00682-SEG<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## **JOINT NOTICE OF TENTATIVE SETTLEMENT**

The parties, by and through their undersigned counsel, hereby notify the Court that they have reached a tentative settlement.

The parties are in the process of finalizing the settlement and anticipate that they will require approximately sixty (60) days to file appropriate dismissal papers with the Court.

Plaintiff respectfully requests that the Court administratively close this action or otherwise stay deadlines pending finalization of the settlement. The parties will promptly file a stipulation of dismissal upon completion of the settlement.

1

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com
*Counsel for Plaintiff*

*/s/ Joseph D. Kern*
David M. Schultz
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
jkern@hinshawlaw.com
*Counsel for Defendant*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2026, I electronically served the

foregoing on counsel for the parties.

/s/ *Anthony I. Paronich*
Anthony I. Paronich