**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HOLLIS COBB ASSOCIATES, INC.<br><br>        Defendant. | Civil Case No.: 1:25-CV-00682-SEG |

## JOINT STATUS REPORT

Plaintiff Shante Watson ("Plaintiff") and Defendant Hollis Cobb Associates, Inc. ("Defendant") (collectively the "Parties"), through their undersigned counsel, respectfully submit this joint status report pursuant to the Court's May 7, 2026 order and state as follows:

The Parties previously informed the Court, via a May 6, 2026 notice of settlement (ECF No 34), that they reached a resolution and were in the process of finalizing such resolution. The Parties anticipated they would be able to finalize such resolution and file a stipulation of dismissal with sixty (60) days. The Parties are still working to finalize such resolution and anticipate they will be able to do so within the next thirty (30) days. As such, the Parties respectfully request that the Court extend their deadline to file a stipulation of dismissal until August 6, 2026.

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

1

/s/ Joseph D. Kern
David M. Schultz
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: 312-704-3000
dschultz@hinshawlaw.com
jkern@hinshawlaw.com
*Counsel for Defendant*

2

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2026, I electronically served the foregoing on counsel for the parties.

/s/ *Joseph D. Kern*
Joseph D. Kern