# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOLLIS COBB ASSOCIATES, INC.<br><br>Defendant. | Civil Case No.: 1:25-CV-00682-SEG<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WIHTOUT PREJUDICE

The parties file this Stipulation of Dismissal dismissing Plaintiff's claims against Defendant in this action without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

PLAINTIFF, individually and
on behalf of others similarly situated

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

DEFENDANT

By: */s/ Joseph D. Kern*
Joseph D. Kern
Hinshaw & Culbertson LLP
151 North Franklin Street
Chicago, IL 60606
[o] (312) 704-3000
[f[ (312) 704-3001
jkern@hinshawlaw.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2026, I electronically served the foregoing on counsel for the parties.

/s/ *Anthony I. Paronich*
Anthony I. Paronich